UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14001-CR-MARRA/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES LEON IRVIN, JR.,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Shaniek M. Maynard **[DE 54].**

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty as to Counts One and Three of the Superseding Indictment.

**DONE and ORDERED** in West Palm Beach, this 15th day of April, 2019.

KENNETH A. MARRA
United States District Judge

cc: All counsel